IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Danville Division

| | |
|---|---|
| JANE DOE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PITTSYLVANIA COUNTY, VIRGINIA and )<br>BOARD OF SUPERVISORS OF )<br>PITTSYLVANIA COUNTY, VIRGINIA )<br>)<br>Defendants. ) | Civil No. 4:11-cv-00043 |

**PLAINTIFF'S MOTION FOR LEAVE
TO PROCEED USING PSEUDONYMS AND FOR PROTECTIVE ORDER**

The plaintiff, by counsel, respectfully requests that the Court grant her leave to proceed in this case using the pseudonym "Jane Doe," and to issue a protective order prohibiting counsel and court personnel from disclosing plaintiff's identity, and requiring that all documents containing identifying information be filed under seal.

The grounds for this motion are set forth in the accompanying memorandum.


Respectfully submitted,

JANE DOE

By:

_____
Rebecca K. Glenberg (VSB #44099)
Thomas O. Fitzpatrick (VSB #80364)
American Civil Liberties Union of Virginia
     Foundation, Inc.
530 E. Main Street, Suite 310
Richmond, Virginia 23219
(804) 644-8080

Fax: (804) 649-2733
rglenberg@acluva.org


Frank M. Feibelman (VSB #13877)
Cooperating Attorney for the ACLU of Virginia
5206 Markel Rd., Suite 102
Richmond, Virginia 23230
(804) 355-1300
FAX: (804) 355-4684
frank@feibelman.com


Dated:  September 26, 2011