IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

**JANE DOE**

vs.

**PITTSYLVANIA COUNTY, VIRGINIA, ET. AL.**

Action No:   4:11CV00043
Date:   12/9/11
Judge:   Michael F. Urbanski
Court Reporter:   Carol Jacobs
Deputy Clerk:   Heather McDonald

Plaintiff Attorney(s)
Frank M. Feibelman, Esq., Rebecca K. Glenberg, Esq. & Thomas O. Kitzpatrick, Esq.

Defendant Attorney(s)
William M. Stanley, Jr., Esq.

LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1.

DEFENDANT:
1.

PROCEEDINGS:
Motion Hearing on Documents [3] Motion for Protective Order and to Proceed Using Pseudonyms, [5] Motion for Preliminary Injunction and [14] Motion to Dismiss.   Court advises counsel that oral argument is not needed as to Document [3] Motion for Protective Order and to Proceed Using Pseudonyms.   Arguments as to Documents [14] Motion to Dismiss and [5] Motion for Preliminary Injunction.   Brief recess.   Final Arguments.   Counsel are given 14 days to file anything further as stated in the record.   Written Order forthcoming.

Time in Court:   1:23 – 2:45; 2:51 – 2:58 = 1:29