CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 03 2012

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 4:11cv00043 |
| v. | ) |
| | ) |
| PITTSYLVANIA COUNTY, VIRGINIA and | ) |
| BOARD OF SUPERVISORS OF | ) By: Michael F. Urbanski |
| PITTSYLVANIA COUNTY, VIRGINIA, | ) United States District Judge |
| | ) |
| Defendants. | ) |

### PRELIMINARY INJUNCTION ORDER

In accordance with the Memorandum Opinion (Dkt. # 44) entered this day, defendants Pittsylvania County, Virginia, and Board of Supervisors of Pittsylvania County, Virginia, (hereinafter collectively referred to as "the Board") are **PRELIMINARILY ENJOINED**, during the pendency of this case, from continuing the Board's present practice of routinely opening its meetings with Christian prayers. Expressly following the injunction approved by the Fourth Circuit in Wynne v. Town of Great Falls, 376 F.3d 292, 302 (4th Cir. 2004), cert. denied, 545 U.S. 1152 (2005), the Board is **PRELIMINARILY ENJOINED**, during the pendency of this case, "from invoking the name of a specific deity associated with any one specific faith in prayers given at [Board] meetings."

This preliminary injunction does not preclude the Board from beginning its meetings with a prayer that does not run afoul of the Establishment Clause. The Board may open its meetings with a prayer or invocation, but in doing so it "must strive to be nondenominational so long as that is reasonably possible–it should send a signal of welcome rather than exclusion. It should

not reject the tenets of other faiths in favor of just one." Joyner v. Forsyth County, 653 F.3d 341, 349 (4th Cir. 2011), cert. denied, ___ U.S. ___, 2012 WL 117559 (Jan. 17, 2012).

For the reasons set forth in the accompanying Memorandum Opinion, the bond in this case is set at zero dollars.

It is so **ORDERED**.

Entered: February 3, 2012

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge