IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| **BARBARA HUDSON,** | Action No:   4:11CV00043 |
| | Date:   9/21/12 |
| vs. | Judge:   Hon. Michael F. Urbanski |
| | Court Reporter:   Carol Jacobs |
| **PITTSYLVANIA COUNTY, VIRGINIA, et. al.** | Deputy Clerk:   Heather McDonald |

Plaintiff Attorney(s)
Frank M. Feibelman, Esq. and Rebecca K. Glenberg, Esq.

Defendant Attorney(s)
William M. Stanley, Jr., Esq.

LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Motion Hearing on Documents [57] Plaintiff's Motion for Summary Judgment and [59] Defendants' Motion for Summary Judgment.  Arguments.  Joint Oral Motion to refer case to mediation.  Court to enter Order granting Joint Oral Motion.

Time in Court:   9:45 – 10:47 = 1:02