IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| **BARBARA HUDSON** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No.: 4:11-CV-43 |
| | ) | |
| v. | ) | |
| | ) | |
| **PITTSYLVANIA COUNTY, VIRGINIA,** | ) | By: Hon. Robert S. Ballou |
| **ET AL.,** | ) | United States Magistrate Judge |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## REPORT

As a result of the mediation proceedings in this matter, the undersigned hereby **REPORTS** that the parties were not able to settle this matter upon mutually agreeable terms.

The Clerk of Court is hereby directed to send a certified copy of this Report to all counsel of record.

Enter: February 21, 2013

/s/ Robert S. Ballou

Robert S. Ballou
United States Magistrate Judge