IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| BARBARA HUDSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) Civil Action No. 4:11cv00043 |
| v. | ) |
| | ) |
| PITTSYLVANIA COUNTY, VIRGINIA and | ) |
| BOARD OF SUPERVISORS OF | ) By:  Michael F. Urbanski |
| PITTSYLVANIA COUNTY, VIRGINIA, | )        United States District Judge |
| | ) |
|     Defendants. | ) |

## DISMISSAL ORDER

In accordance with the Memorandum Opinion entered this day, plaintiff Barbara Hudson's motion for summary judgment (Dkt. # 57) is **GRANTED**, to the extent it concerns the practice of the Board of Supervisors of Pittsylvania County of opening each of its meetings with sectarian prayers led by Board members, as alleged in the complaint. The motion for summary judgment filed by defendants Pittsylvania County, Virginia, and Board of Supervisors of Pittsylvania County, Virginia (Dkt. # 59) is **DENIED**.

Accordingly, it is **ORDERED** that summary judgment be, and hereby is, entered for Hudson and that this case is **STRICKEN** from the active docket of the court.

The court will retain jurisdiction over this matter for the purposes of enforcement of the permanent injunction entered herewith, as well as consideration of any motions for attorney's fees and costs by Hudson, the prevailing party, pursuant to 42 U.S.C. § 1988.

Entered:  March 26, 2013

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge