

Explore Our IHG Family of Brands:

1 888 HOLIDAY | Customer Care | Travel Advisory | English

Reservations  Offers  Groups & Meetings  The Express Experience

## Rooms and Rates

Need help with your reservation?
Chat Online with an agent.



Drive Into Savings
Take advantage of our AAA discounted rate and begin saving today.

Hotel Search Results | Rooms and Rates | Guest Information | Payment Information | Reservation Confirmation

### Your Stay

**Rocky Mount/Smith Mtn Lake**
395 Old Franklin Turnpike,
Rocky Mount, Virginia
United States  24151

Back to Search Results

Apr-22-2013 to Apr-24-2013
1 Adult, 1 Room
Edit

### Your Rate

**Rate Preference**
Best Available**

Corporate ID    IATA #

Group Code

☑ View Hotel Packages

MODIFY SEARCH
Reset Choices

\* Requires affiliation in the respective organization.
\*\* Best Available Rate Search does not include affiliation rates.

### Special Needs

☐ Accessible Room

MODIFY SEARCH

### Price

Maximum Price:
$ 175  USD

—175

---

Choose from a variety of room rates to meet your travel needs. Our Best Price Guarantee means you'll always get the lowest publicly available rate with no booking fees.

Sort Results by: Rate Type    Currency USD    Rates reflect average nightly rate for one room

**Special Offer**

Take advantage of this special offer with additional savings now. A one night non-refundable deposit is due at the time of booking. Your credit card will be charged between the time of booking and day of arrival.

We're so confident in our prices that we're standing by them with our Best Price Guarantee. Find our rooms for a lower price elsewhere and your first night is free.

**1 KING BED NONSMOKING**   $ 86.36 USD
View Description    [BOOK THIS ROOM]

**2 QUEEN BEDS NONSMOKING**   $ 86.36 USD
View Description    [BOOK THIS ROOM]

**1 KING BED EXECUTIVE NONSMOKING**   $ 91.16 USD
View Description    [BOOK THIS ROOM]

**2 QUEEN BEDS EXECUTIVE NONSMOKING**   $ 91.16 USD
View Description    [BOOK THIS ROOM]

**1 KING BED SUITE NONSMOKING**   $ 100.76 USD
View Description    [BOOK THIS ROOM]

**STANDARD ROOM**   $ 100.76 USD
View Description    [BOOK THIS ROOM]

**2 QUEEN BEDS SUITE NONSMOKING**   $ 100.76 USD
View Description

---

http://www.ihg.com/holidayinnexpress/hotels/us/en/reservation/    DEFENDANT'S EXHIBIT    4/17/2013





# LAKE INN MOTEL
## Smith Mountain Lake

45 Enterprise Lane
Hardy, VA 24101
1-888-466-LAKE

## Reservations



**Lake Inn**
45 Enterprise Lane Hardy, VA 24101
Contact: (540) 721-3383

Dates & Guests - **Select Room** - Personal Info - Confirm - Done  ⓘHelp

### Step 2

| Room Type | Average Daily Rate (Click rate for details) | In: 04/22/2013(Mon) Out: 04/24/2013 (Wed) |
|---|---|---|
| Two Queen Beds - Non-Smoking | $61.00 | Book Room |
| One Queen Bed - Non-Smoking | $55.00 | Book Room |
| One Queen Bed - Smoking | $55.00 | Book Room |
| Two Queen Beds - Smoking | $61.00 | Book Room |
| One King Bed - Non-Smoking | $61.00 | Book Room |
| One King Bed - Smoking | $61.00 | Book Room |



Back  Reset  Next

Copyright © LakeInnMotel.com All Rights Reserved.
Site Design and Hosting by V/A VIA Digital Media



DEFENDANT'S EXHIBIT 2

| Subject | **Hudson v Pittsylvania - attorney's fees** |
|---|---|
| From | Rebecca Glenberg <rglenberg@acluva.org>, |
| To | <bill.stanley@stanleyandstanleylaw.com>, <debbie.daly@stanleyandstanleylaw.com>, |
| Date | 2013-03-29 15:01 |

Bill:

In light of Judge Urbanski's ruling on Wednesday, I am preparing my petition for attorney's fees and costs. Currently, I calculate our fees and costs as follows:

| | | |
|---|---|---|
| Rebecca Glenberg: | 116.6 hours X $350/hour | = $40,810 |
| Frank Feibelman: | 18.7 hours X $400/hour | = $ 7,480 |
| Tom Fitzpatrick: | 23.7 hours X $150/hour | = $ 3,555 |
| Costs | | $ 2,949.92 |
| **TOTAL:** | | **$ 54,794.92** |

Can we agree to an order awarding attorney's fees and costs in this amount? If we cannot agree, my petition for attorney's fees and costs will seek reimbursement for time spent drafting the petition--which I expect to be considerable—in addition to the amount above.

Since my petition will be due two weeks from the date of the ruling, please let me know as soon as possible if we can reach an agreement. Thanks.

Rebecca


Rebecca K. Glenberg
Legal Director
American Civil Liberties Union of Virginia
530 East Main Street, Suite 310
Richmond, VA 23219
804-644-8080, ext. 14
rglenberg@acluva.org
www.acluva.org
Facebook: www.facebook.com/acluofvirginia
Twitter: www.twitter.com/acluva



**Because Freedom Can't Protect Itself**

This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply E-mail that this message has been inadvertently transmitted to you and delete this E-mail from your system.



DEFENDANT'S EXHIBIT 3