# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

| | |
|---|---|
| **BARBARA HUDSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 4:11cv00043 |
| **v.** ) | |
| ) | |
| **PITTSYLVANIA COUNTY, VIRGINIA and** ) | |
| **BOARD OF SUPERVISORS OF** ) | By:  Michael F. Urbanski |
| **PITTSYLVANIA COUNTY, VIRGINIA,** ) | United States District Judge |
| ) | |
| **Defendants.** ) | |

## ORDER

This matter was referred to the Honorable Robert S. Ballou, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The Magistrate Judge filed a report and recommendation on August 2, 2013, recommending that Hudson's Motion for Attorneys' Fees and Expenses be granted. On August 14, 2013, defendants filed objections to the report and recommendation consisting of references to five arguments previously raised before the Magistrate Judge.

The court has conducted a *de novo* review of the report and recommendation and the arguments raised in defendants' objection, and concludes that the report and recommendation appropriately considers the relevant facts and properly applies the law.

As such, it is accordingly **ORDERED** and **ADJUDGED** that the report and recommendation on Hudson's Motion for Attorneys' Fees and Expenses (Dkt. #86) is

**ADOPTED in its entirety** and that plaintiff be awarded Fifty Three Thousand Two Hundred Twenty-Nine and 92/100 Dollars ($53,229.92) in attorneys' fees and expenses.[1]

The Clerk is directed to send a certified copy of this Order to counsel of record.

Entered: August 26, 2013

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge

---

[1] On August 22, 2013, plaintiff filed a response to defendants' objection to the report and recommendation seeking an additional $350.00 in fees. In the interest of finality, the court declines to award this additional amount.