IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| BARBARA HUDSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 4:11cv00043 |
| v. | ) |
| | ) |
| PITTSYLVANIA COUNTY, VIRGINIA and | ) |
| BOARD OF SUPERVISORS OF | ) By: Michael F. Urbanski |
| PITTSYLVANIA COUNTY, VIRGINIA, | ) United States District Judge |
| | ) |
| Defendants. | ) |

## ORDER

This matter was referred to the Honorable Robert S. Ballou, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition as to plaintiff Barbara Hudson's second motion for attorneys' fees and expenses (Dkt. No. 111). The Magistrate Judge filed a report and recommendation on May 8, 2015, recommending that Hudson's motion be granted. No objections to the report and recommendation have been filed, and the court is of the opinion that the report should be adopted in its entirety.

As such, it is hereby **ORDERED** and **ADJUDGED** that the Magistrate Judge's report and recommendation is **ADOPTED in its entirety**, that Hudson's second motion for attorneys' fees and expenses (Dkt. No. 111) is **GRANTED,** and that Hudson is awarded Twenty Thousand Eight Hundred Sixty One and 54/100 Dollars ($20,861.54) in attorneys' fees and expenses.

The Clerk is directed to send a certified copy of this Order to counsel of record.

Entered: May 28, 2015

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge